IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BURLINGTON PLACE, LLC;<br><br>Plaintiff,<br><br>vs.<br><br>UNITED SKYS, LLC; UNITED SKYS HOLDING, Inc.; DONALD HEMPSON, JEFFREY D. ELLIS, CHARLES R. MCCARTNEY, and WILLIAM V. GLASTRISJR.,<br><br>Defendants. | **8:19CV554**<br><br>**ORDER TO SHOW CAUSE** |

On December 20, 2019, the Office of the Clerk sent a letter (Filing No. 3) to attorney Samuel J.H. Weyers directing him to register for admission to practice in this court and to register for the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1). As of January 28, 2020, the above attorney has not complied with the Clerk's letter. Accordingly,

**IT IS ORDERED:** On or before **February 12, 2020**, Samuel J.H. Weyers shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in being removed as counsel of record.

Dated this 28th day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge