IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BURLINGTON PLACE, LLC | ) | Case No.  8:19cv554 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| UNITED SKYS, LLC, | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 17, 2024, that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits 1-9 from Non-jury Trial held March 8, 2022

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  December 17, 2024

BY THE COURT

Brian C. Buescher
United States District Judge